United States District Court
Southern District of Texas
ENTERED

JAN 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MING LIN, ET AL | * |
| | * |
| VS | *  C.A. B91 190 |
| | * |
| TAIWAN SHRIMP FARM | * |
| DEVELOPMENT, INC., ET AL | * |

## MEMORANDUM OPINION AND ORDER REGARDING MOTION TO SET ASIDE AND MOTIONS TO SEVER

On September 21, 1994, Plaintiff JOHNSON ROA and HANG-SING LAI's individual Motions for Summary Judgment against Defendant CHI MING TAO and U.S.A. SHRIMP FARM DEVELOPMENT, INC., (U.S.A. SHRIMP) jointly and severally in the amounts of $35,888.89 and $113,000.00 respectively were granted by the Court. A motion to set aside the summary judgment (inappropriately called "default" judgment by Defendants in their motion) based upon petitions filed in bankruptcy court by TAO in August 18, 1994, and by U.S.A. SHRIMP in August 18, 1994. No notice of such bankruptcy petition is shown in the file as of September 21, 1994, when the Partial Summary Judgments were granted. No actual judgments were ever entered.

2

The Motion to Set Aside the Judgments was based on the automatic stay provisions of the Bankruptcy Code. No decision was ever entered on the motion.

On January 10, 1996, ROA and LAI filed the Second Motion to Sever their Cases from the remaining Plaintiffs and advised the Court that both bankruptcy petitions had been dismissed.

Accordingly, any impediment to proceeding by ROA and LAI has been removed. Accordingly, ROA and LAI should forthwith forward proposed judgments for entry. The motion to set aside the "default" (Docket Entry No. 180) based upon the Defendants' bankruptcy is **DENIED**.

ROA and LAI have, in addition, filed a Motion for Severance of their claims against U.S. SHRIMP. The motion is opposed by Defendant HARRY GEE, JR. ROA & LAI have filed a second motion for severance seeking severance of their claims against U.S. SHRIMP and TAO from the remainder of the claims (Docket Entry No. 185). This too was opposed by Defendant GEE.

Because this Court intends to grant the pending Motions for Partial Summary Judgment against Defendants U.S. SHRIMP AND TAO (Docket Entries No. 156 through No. 175), there is no reason to

3

sever these two Plaintiffs from the remainder of the claims. The Severance Motions (Docket Entries No. 183 and No. 185) are both **DENIED**.

**SO ORDERED.**

DONE at Brownsville, Texas, this ___23___ day of December, 1998.

_____
Stewart A. Newblatt
United States District Judge

*Acting on Assignment*