lmv

207

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
MING LIN, ET AL                    *
                                   *
    VS                             *    C.A. B91 190
                                   *
TAIWAN SHRIMP FARM                 *
DEVELOPMENT, INC., ET AL           *
```

# ORDER ON MOTION FOR SEVERANCE

Plaintiffs have moved for severance of their claims against TAIWAN SHRIMP FARM DEVELOPMENT, INC., and CHUNG MEI SHRIMP FARM CONSULTANTS, INC. so that Plaintiffs may proceed separately against them.

If severance is necessary to proceed to enter judgment against them, they may be and hereby are severed.

In addition, Plaintiffs seek assignment of a new case number to the severed civil action. The court sees no necessity to assign a new number, but to the extent necessary to have each claim treated differently, each separate Plaintiff shall be designated by

a letter starting with A and continuing with another letter seriatim in the order in which the Plaintiffs appear in the title hereof until each Plaintiff has been assigned a letter.

Henceforth, all claims of each individual Plaintiff against TAIWAN SHRIMP and CHUNG MEI SHRIMP FARM CONSULTANTS shall be designated as a severed matter and the appropriate letter shall appear in all pleadings following the case number.

**SO ORDERED.**

DONE at Brownsville, Texas, this ___23rd___ day of December, 1998.

_____  12/23/98
Stewart A. Newblatt
United States District Judge

*Acting on Assignment*