lmv

208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

MING LIN, ET AL                         *
                                        *
     VS                                 *   C.A. B91 190
                                        *
TAIWAN SHRIMP FARM                      *
DEVELOPMENT, INC., ET AL                *

# ORDER GRANTING MOTIONS
# FOR PARTIAL SUMMARY JUDGMENT

Motions for Partial Summary Judgment against Defendant CHI MING TAO have been filed by the following Plaintiffs:

#156:   8/26/94 Motion for Partial Summary Judgment by
        CHEN, WU-CHIH for $206,101.88

#157:   8/26/94 Motion for Partial Summary Judgment by
        LIN CHEN, SHU-CHIAO for $206,580.62

#158:   8/26/94 Motion for Partial Summary Judgment by
        CHEN, MAON-HAI for $329.033.86

#159:   8/26/94 Motion for Partial Summary Judgment by
        PONG, SHIU-CHING for $107.538.44

#160:   8/26/94 Motion for Partial Summary Judgment by
        LIN, TING-NAI for $100,611.32

#161:   8/26/94 Motion for Partial Summary Judgment by
        YUAN, CHAU-FAN for $412,675.48

#162:   8/26/94 Motion for Partial Summary Judgment by
        LIN, MIG-CHUAN for $115,367.85

#163:   8/26/94 Motion for Partial Summary Judgment by
        HSU, YANG-YUAN for $197,472.00

#164:   8/26/94 Motion for Partial Summary Judgment by
        CHAO, TZU-TSUNG for $211,641.44

#165:   8/26/94 Motion for Partial Summary Judgment by YU
        TENG-SHENG for $205,07.10

#166:   8/26/94 Motion for Partial Summary Judgment by
        CHANG, MEI-CHU for $251,811.32

#167:   8/26/94 Motion for Partial Summary Judgment by
        CHANG, PING-HSIANG for $213,030.18

#168:   8/26/94 Motion for Partial Summary Judgment by
        WU, TSUI-ER for $220,978.50

#169:   8/26/94 Motion for Partial Summary Judgment by
        WEI, CHIU-CHIN for $251,811.32

#170:   8/26/94 Motion for Partial Summary Judgment by
        SUN, SUI-CHEN for $207,555.00

#171:   8/26/94 Motion for Partial Summary Judgment by
        CHIN, WEN-LING for $223,147.16

#172:   8/26/94 Motion for Partial Summary Judgment by
        CHAO, LIU-LIANG-O for $106,211.69

#173:   8/26/94 Motion for Partial Summary Judgment by
        LIN, I-CHI for $100,611.32

    #174:  8/26/94 Motion for Partial Summary Judgment by HWANG, CHIA-CHIEN for $217.600.30

    #175:  8/26/94 Motion for Partial Summary Judgment by LIAO, A-CHING for $101,287.63

The Motions for Partial Summary Judgment are sought against Defendant TAO.

For the reasons identical to those stated in the Magistrate Judge's Report and Recommendation of August 5, 1994, and for facts identical to those found except adjusted for the differences in the accounts paid and the lots for which payments were made, the Motions are **GRANTED**.

Each Plaintiff stated above should recover the amounts stated on the same line as her or his name. Upon satisfaction of any judgment, the appropriate Plaintiff should return any property obtained from Defendant TAO.

Proposed individual judgments should be tendered to the court for signature within 15 days of the date hereof.

**SO ORDERED.**

DONE at Brownsville, Texas, this 23rd day of December, 1998.

Stewart A. Newblatt
United States District Judge

*Acting on Assignment*