lmv

2/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

MING LIN, ET AL              *
                             *
    VS                       *   C.A. B91 190
                             *
TAIWAN SHRIMP FARM            *
DEVELOPMENT, INC., ET AL      *

# ADMINISTRATIVE ORDER

The motions hereafter which are currently shown pending on the docket of this case are disposed of as follows:

| Docket Entry | Motion(s) | Disposition |
|---|---|---|
| 115 | For Default Judgment against TAIWAN SHRIMP & CHUNG MEI SHRIMP FARM | Was granted on 3/11/98, Docket No. 73 |
| 125 | For Temporary Restraining Order | Denied as moot |
| 141 & 144 | To Extend Time to Respond to Motion for Summary Judgment | Denied as moot |

**SO ORDERED.**

Done at Brownsville, Texas, this 30th day of December 1998.

Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT