lmv

211

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

MING LIN, ET AL            *
                           *
    VS                     *    C.A. B91 190
                           *
TAIWAN SHRIMP FARM          *
DEVELOPMENT, INC., ET AL    *

## ORDER GRANTING WITHDRAWAL OF ATTORNEY GUERRA

Juan Angel Guerra's Motion to Withdraw as attorney (Docket Entry No. 197) has been pending without opposition.

Said Motion is hereby **GRANTED**.

Inasmuch as attorney Guerra's former clients have had ample time to retain a successor attorney, this case shall proceed without any further delay to obtain a replacement.

**SO ORDERED.**

Done at Brownsville, Texas, this 30th day of December 1998.

Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT