```
                                        United States District Court
                                         Southern District of Texas
                                                 ENTERED
     IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF TEXAS          JAN 14 1999
             BROWNSVILLE DIVISION
                                          Michael N. Milby, Clerk of Court
                                          By Deputy Clerk
```

MING LIN, ET.AL.                       §
                                       §
vs.                                    § CIVIL ACTION NO. B-91-190
                                       §
TAIWAN SHRIMP FARM DEVELOPMENT, INC.   §
CHUNG MEI SHRIMP FARM CONSULTANTS,     §
INC., CHI MING TAO, U.S.A. SHRIMP FARM §
DEVELOPMENT, INC., AND HARRY GEE, JR.  §

## PARTIAL SUMMARY JUDGMENT

ON THIS DAY came on to be considered the motion for partial summary judgment of Plaintiff Lin Chen Shu-Chiao against Defendant Chi Ming Tao, and the Court having considered same together with summary judgment evidence tendered therewith, and Plaintiff's brief, and having found that Defendant Chi Ming Tao failed to respond to such motion, although allowed ample opportunity to do so, and the Court having granted said motion, by order entered herein on January 4, 1999, it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Lin Chen Shu-Chiao have judgment against Defendant Chi Ming Tao in the sum of $206,580.62. Upon satisfaction of the above judgment, Plaintiff shall return any property obtained from Defendant Chi Ming Tao.

DONE at Brownsville, Texas, this 14th day of January 1999.

_____ 1/14/99
Stewart A. Newblatt
United States District Judge

*Acting as Assignment*