217

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MING LIN, ET.AL. § | |
| § | |
| vs. § | CIVIL ACTION NO. B-91-190 |
| § | |
| TAIWAN SHRIMP FARM DEVELOPMENT, INC. § | |
| CHUNG MEI SHRIMP FARM CONSULTANTS, § | |
| INC., CHI MING TAO, U.S.A. SHRIMP FARM § | |
| DEVELOPMENT, INC., AND HARRY GEE, JR. § | |

**PARTIAL SUMMARY JUDGMENT**

ON THIS DAY came on to be considered the motion for partial summary judgment of Plaintiff Lin Ting-Nai against Defendant Chi Ming Tao, and the Court having considered same together with summary judgment evidence tendered therewith, and Plaintiff's brief, and having found that Defendant Chi Ming Tao failed to respond to such motion, although allowed ample opportunity to do so, and the Court having granted said motion, by order entered herein on January 4, 1999, it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Lin Ting-Nai have judgment against Defendant Chi Ming Tao in the sum of $100,611.32. Upon satisfaction of the above judgment, Plaintiff shall return any property obtained from Defendant Chi Ming Tao.

DONE at Brownsville, Texas, this 14th day of January, 1999.

Stewart A. Newblatt
United States District Judge
Acting as Assignment