```
                          United States District Court
                           Southern District of Texas
                                   ENTERED
                              JAN 14 1999
                         Michael N. Milby, Clerk of Court
                         By Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MING LIN, ET.AL. §
§
vs. § CIVIL ACTION NO. B-91-190
§
TAIWAN SHRIMP FARM DEVELOPMENT, INC. §
CHUNG MEI SHRIMP FARM CONSULTANTS, §
INC., CHI MING TAO, U.S.A. SHRIMP FARM §
DEVELOPMENT, INC., AND HARRY GEE, JR. §

**PARTIAL SUMMARY JUDGMENT**

ON THIS DAY came on to be considered the motion for partial summary judgment of Plaintiff Chao Tzu-Tsung against Defendant Chi Ming Tao, and the Court having considered same together with summary judgment evidence tendered therewith, and Plaintiff's brief, and having found that Defendant Chi Ming Tao failed to respond to such motion, although allowed ample opportunity to do so, and the Court having granted said motion, by order entered herein on January 4, 1999, it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Chao Tzu-Tsung have judgment against Defendant Chi Ming Tao in the sum of $211,641.44. Upon satisfaction of the above judgment, Plaintiff shall return any property obtained from Defendant Chi Ming Tao.

DONE at Brownsville, Texas, this 14th day of January 1999.

_____
Stewart A. Newblatt
United States District Judge

Acting On Assignment