226

United States District Court
Southern District of Texas
ENTERED

JAN 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MING LIN, ET.AL. § | |
| § | |
| vs. § | CIVIL ACTION NO. B-91-190 |
| § | |
| TAIWAN SHRIMP FARM DEVELOPMENT, INC. § | |
| CHUNG MEI SHRIMP FARM CONSULTANTS, § | |
| INC., CHI MING TAO, U.S.A. SHRIMP FARM § | |
| DEVELOPMENT, INC., AND HARRY GEE, JR. § | |

### PARTIAL SUMMARY JUDGMENT

ON THIS DAY came on to be considered the motion for partial summary judgment of Plaintiff Wei Chiu-Chin against Defendant Chi Ming Tao, and the Court having considered same together with summary judgment evidence tendered therewith, and Plaintiff's brief, and having found that Defendant Chi Ming Tao failed to respond to such motion, although allowed ample opportunity to do so, and the Court having granted said motion, by order entered herein on January 4, 1999, it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Wei Chiu-Chin have judgment against Defendant Chi Ming Tao in the sum of $251,811.32. Upon satisfaction of the above judgment, Plaintiff shall return any property obtained from Defendant Chi Ming Tao.

DONE at Brownsville, Texas, this 14TH day of January 1999.

_____  1/14/99
Stewart A. Newblatt
United States District Judge

Certify as Consignment

CASE:      1:91-cv-00190
DOCUMENT:  227
DATE:      01/14/99

CLERK:     og

ClibPDF - www.fastio.com

227

United States District Court
Southern District of Texas
ENTERED

JAN 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MING LIN, ET.AL. §
 §
vs. § CIVIL ACTION NO. B-91-190
 §
TAIWAN SHRIMP FARM DEVELOPMENT, INC. §
CHUNG MEI SHRIMP FARM CONSULTANTS, §
INC., CHI MING TAO, U.S.A. SHRIMP FARM §
DEVELOPMENT, INC., AND HARRY GEE, JR. §

## PARTIAL SUMMARY JUDGMENT

ON THIS DAY came on to be considered the motion for partial summary judgment of Plaintiff Sun Sui-Chen against Defendant Chi Ming Tao, and the Court having considered same together with summary judgment evidence tendered therewith, and Plaintiff's brief, and having found that Defendant Chi Ming Tao failed to respond to such motion, although allowed ample opportunity to do so, and the Court having granted said motion, by order entered herein on January 4, 1999, it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Sun Sui-Chen have judgment against Defendant Chi Ming Tao in the sum of $207,555.00. Upon satisfaction of the above judgment, Plaintiff shall return any property obtained from Defendant Chi Ming Tao.

DONE at Brownsville, Texas, this 14th day of January 1999.

Stewart A. Newblatt  1/14/99
Stewart A. Newblatt
United States District Judge

Acting on Assignment