234

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MING LIN, et al., | § | |
| Plaintiffs, | § | |
| vs. | § | |
| TAIWAN SHRIMP FARM DEVELOPMENT, INC.; CHUNG MEI SHRIMP FARM CONSULTANTS, INC.; HARRY GEE, JR.; CHI MING TAO; U.S.A. SHRIMP FARM DEVELOPMENT, INC.; and HUNG'S SHRIMP FARM INC., as Garnishee, | § | Civil Action No. B-91-190 |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 06 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT HARRY GEE, JR.**

On the 3(2) day of December, 1999, came on to be heard the Unopposed Motion For Entry Of Agreed Judgment of Dismissal With Prejudice Of Claims Against Defendant Harry Gee, Jr.

It is hereby ORDERED that all claims asserted by the Plaintiffs herein against Defendant Harry Gee, Jr. are DISMISSED WITH PREJUDICE and that Plaintiffs:

    Maon-Hai Chen

    Wen-Ling Chin

    Sui-Chen Sun

    Chau-Fan Yuan

    Wu-Chih Chen

    Tsui-Er Wu

    Liu Liang-O Chao

TLI001\30013\144767

I-Chi Lin

Ting-Nai Lin

Shiu-Ching Pong

Yang-Yuan Hsu

A-Ching Liao

Teng-Sheng Yu

Tzu-Tsung Chao

Chen Shu-Chiao Lin

Chia-Chien Huang

Ping-Hsiang Chang

Chiu-Chin Wei

Ming-Chuan Lin

Mei-Chu Chang

Hang Sing Lai

Johnson Rao

shall take nothing by way of their claims against Defendant Harry Gee, Jr. All costs of court are taxed against the parties incurring same.

SIGNED this the 3(rd) day of December, 1999.

_____ 12/3/99
UNITED STATES DISTRICT JUDGE
Acting on Assignment

TLI001\30013\144767