United States District Court
Southern District of Texas
FILED

APR 0 4 2005

Michael N. Milby
Clerk of Court

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | |
| Harry Gee, Jr., et al<br>Defendants | X | |

## PLAINTIFF'S COUNSEL'S MOTION FOR REFUND OF BOND

To the Honorable Judge of Said Court:

COMES NOW, Xenos Yuen, attorney for plaintiff Ming Lin, and makes this his motion for refund of bond, and for good cause he would respectfully show the Couirt as follows:

1. Xenos Yuen is the attorney of record for the plaintiff, Ming Lin, in the above-styled and numbered cause of action.

2. The plaintiff in said action was required to post a bond of one thousand dollars ($1,000.00) with the Court.

3. The case has long since been disposed of and no known claims have been made upon the bond.

4. The District Clerk's office contacted the undersigned and requested that this motion be filed so that the bond can be refunded and the matter closed on the clerk's books.

5. Plaintiff's attorney, Xenos Yuen, hereby respectfully moves the Court for a refund of

the one thousand dollar bond, plus accrued interest. The monies may be refunded

to the "Law Offices of Yuen & Associates, P.C." The monies may be sent to: Xenos

Yuen, Attorney at Law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.


WHEREFORE, PREMISES CONSIDERED, Xenos Yuen prays for the following

relief:

- That the District Clerk be directed to issue a check or draft payable to"Law Offices of Yuen & Associates, P.C."

- That such check be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036

- And for such further relief, at law and in equity, to which the Movant may be justly entitled.


Respectfully submitted:

Stephen E. Menn
Law Office of Xenos Yuen & Associates, PC
Attorney for Plaintiff Okon Onyung
State Bar No.: 13942200
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409


2

## **CERTIFICATE OF SERVICE**

I certify that on this date a true and correct copy of the foregoing motion was served upon the United States District Clerk for the Southern District of Texas, Brownsville Division, at the address stated below by certified mail/return receipt requested.

Dated: 4-1-05

Stephen E. Menn

Michael Milby
US District Clerk
600 East Harrison Street #1158
Brownsville Texas 78520

3