In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | |
| Harry Gee, Jr., et al<br>Defendants | X | |

## ORDER FOR REFUND OF BOND

BE IT REMEMBERED THAT, on this day came on the Motion for Refund of Bond made by plaintiff's counsel, Xenos Yuen, and the Court, having considered such motion, is of the opinion that the same should be granted;

It is; therefore,

ORDERED THAT the District Clerk is authorized to issue a check or draft payable to "Law Offices of Yuen & Associates, P.C." in the amount of one thousand dollars ($1,000.00) plus accrued interest, as a refund of the bond posted in the above-styled and numbered action. It is FURTHER ORDERED THAT such check or draft be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.

SIGNED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

1

Approved and entry requested:

*[signature]*

Stephen E. Menn
State Bar No.: 13942200
Law Office of Xenos Yuen & Associates, PC
Attorney for Plaintiffs
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409