United States District Court
Southern District of Texas
FILED

OCT 1 4 2005

Michael N. Milby
Clerk of Court

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | (Judge Andrew Hanen) |
| Harry Gee, Jr., et al<br>Defendants | X | |

## CERTIFICATE OF CONFERENCE ON PLAINTIFF'S COUNSEL'S FIRST AMENDED MOTION FOR REFUND OF BOND

To the Honorable Judge of Said Court:

COMES NOW, Xenos Yuen, attorney for plaintiff Ming Lin, and makes this his certificate of conference on first amended motion for refund of bond, and for good cause he would respectfully show the Court as follows:

1. The Movant has filed a motion to refund bond, based upon a request by the Clerk in March of this year, 2005.

2. The Motion has remained pending for lack of a certificate of service and a certificate of conference.

3. On August 12, 2005, Stephen E. Menn, an associate attorney with the Law Office of Yuen and Associates, PC, served a copy of the First Amended Motion for Bond upon all former counsel in this case. That copy was served under cover of a message that requested t hat each of them contact counsel to discuss the motion. Counsel had called those with active telephones but was not put through and did

1

not receive return calls.

4. The cover message also invited counsel to respond to the motion.

5. The Law Office of Harry Gee, Jr. did call and stated that it had no objection to the motion. George Bill Shepherd III does not have active telephone numbers and a letter addressed to him came back unclaimed.

6. True and correct copies of the proofs of service are attached hereto and incorporated herein for all purposes.

WHEREFORE, PREMISES CONSIDERED, Xenos Yuen prays for the following relief:

- That the District Clerk be directed to issue a check or draft payable to"Law Offices of Yuen & Associates, P.C."

- That such check be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036

- And for such further relief, at law and in equity, to which the Movant may be justly entitled.

Respectfully submitted:

_____
Stephen E. Menn
Law Office of Xenos Yuen & Associates, PC
State Bar No.: 13942200
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing motion was served upon the parties in this matter listed below at the addresses stated below by FAX transmission and by first class mail.

Dated: 10-11-05

Stephen E. Menn

George W Billy Shepherd III
Attorney at Law
1627 Kipling Street
Houston, Texas 77006
Via first class mail

Sam W Cruse Jr
Attorney at Law
2777 Allen Pkwy 7th floor
Houston, Texas 77019
Via FAX to 713-650-6600

Harry Gee Jr
Attorney at Law
5847 San Felipe #2950
Houston TX 77057
Via FAX to 713-781-2409

William Rollin Wepfer
Attorney at Law
518 East Harrision
Harlingen TX 78550
Via FAX to 956-423-1256