**LAW OFFICES OF YUEN & ASSOCIATES**
*A PROFESSIONAL CORPORATION*
6100 Corporate Dr., Ste.400, Houston, Tx 77036
Tel: 713-541-2691  Fax: 713-541-9409
E-mail: office@usclo.com  Homepage: www.usclo.com

# Fax Cover Sheet

George Billy Shepherd III
Fax 713-650-1720

Sam W Cruse
Fax 713-650-1720

Harry Gee Jr
Fax 713-781-2409

William Rollin Wepfer
Fax 956-423-1256

Subject: Refund of Bond in Ming Lin's case.

Sirs: The federal COURT IN Brownsville has contacted this office about refunding a bond that was deposited about 10 years ago. To accomplish t his, I was required to file a motion this past April. The court's clerk was then changed and the new clerk has requested that I execute a certificate of conference on the motion to determine if anyone is opposed to the motion. The new clerk provided me with your names and numbers to contact. Please find a copy of my motion attached. I need to know if anyone opposes it. I appreciate your courtesy in this matter.-Steve Menn

The numbers here are : phone 713-541-2691, Fax 713-541-9409.

*Exhibit "A"*

*6 Pages*

**CONFIDENTIALITY NOTICE**
The information contained in this facsimile message and all, if any, documents included herewith, contain confidential information which is protected by attorney-client, attorney work product, and/or other legal privilege intended for the use of the individual or entity named above. If you are not the intended, or the employee or agent responsible for delivering this facsimile transmission to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action based upon the contents of this information is strictly prohibited If you have received this facsimile transmission in error, kindly immediately notify the sender at the telephone number listed above and return it to the above address via UP Postal Service, at the expense of Yuen & Associates  Thank you

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | (Judge Andrew Hanen) |
| Harry Gee, Jr., et al<br>Defendants | X | |

### PLAINTIFF'S COUNSEL'S FIRST AMENDED MOTION FOR REFUND OF BOND

To the Honorable Judge of Said Court:

COMES NOW, Xenos Yuen, attorney for plaintiff Ming Lin, and makes this his motion for refund of bond, and for good cause he would respectfully show the Court as follows:

1. Xenos Yuen is the attorney of record for the plaintiff, Ming Lin, in the above-styled and numbered cause of action.

2. The plaintiff in said action was required to post a bond of one thousand dollars ($1,000.00) with the Court.

3. The case has long since been disposed of and no known claims have been made upon the bond.

4. The District Clerk's office contacted the undersigned and requested that this motion be filed so that the bond can be refunded and the matter closed on the clerk's books.

5. Plaintiff's attorney, Xenos Yuen, hereby respectfully moves the Court for a refund of

1

the one thousand dollar bond, plus accrued interest. The monies may be refunded to the "Law Offices of Yuen & Associates, P.C." The monies may be sent to: Xenos Yuen, Attorney at Law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.

WHEREFORE, PREMISES CONSIDERED, Xenos Yuen prays for the following relief:

- That the District Clerk be directed to issue a check or draft payable to"Law Offices of Yuen & Associates, P.C."
- That such check be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036
- And for such further relief, at law and in equity, to which the Movant may be justly entitled.

Respectfully submitted:

/s/ SEM

Stephen E. Menn
Law Office of Xenos Yuen & Associates, PC
State Bar No.: 13942200
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the foregoing motion was served upon the parties in this matter listed below at the addresses stated below by the means indicated.

Dated: _____

/s/ SEM
Stephen E. Menn

George W Billy Shepherd III
Attorney at Law
1627 Kipling Street
Houston, Texas 77006
Via first class mail

Sam W Cruse Jr
Attorney at Law
2777 Allen Pkwy 7th floor
Houston, Texas 77019
Via FAX to 713-650-6600

Harry Gee Jr
Attorney at Law
5847 San Felipe #2950
Houston TX 77057
Via FAX to 713-781-2409

William Rollin Wepfer
Attorney at Law
518 East Harrision
Harlingen TX 78550
Via FAX to 956-423-1256

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | |
| Harry Gee, Jr., et al<br>Defendants | X | |

## ORDER FOR REFUND OF BOND

BE IT REMEMBERED THAT, on this day came on the Motion for Refund of Bond made by plaintiff's counsel, Xenos Yuen, and the Court, having considered such motion, is of the opinion that the same should be granted;

It is; therefore,

ORDERED THAT the District Clerk is authorized to issue a check or draft payable to "Law Offices of Yuen & Associates, P.C." in the amount of one thousand dollars ($1,000.00) plus accrued interest, as a refund of the bond posted in the above-styled and numbered action. It is FURTHER ORDERED THAT such check or draft be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.

SIGNED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

1

Approved and entry requested:

/s/ SEM

Stephen E. Menn
State Bar No.: 13942200
Law Office of Xenos Yuen & Associates, PC
Attorney for Plaintiffs
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409

```
TRANSMISSION VERIFICATION REPORT

                                              TIME   : 08/12/2005 12:05
                                              NAME   :
                                              FAX    : 7135419409
                                              TEL    :
                                              SER. # : 000B4J113768


DATE, TIME             08/12  12:04
FAX NO./NAME           7136501720
DURATION               00:00:34
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# LAW OFFICES OF YUEN & ASSOCIATES
### A PROFESSIONAL CORPORATION

6100 Corporate Dr., Ste.400, Houston, Tx 77036
Tel: 713-541-2691  Fax: 713-541-9409
E-mail: office@usclo.com  Homepage: www.usclo.com

# Fax Cover Sheet

George Billy Shepherd III
Fax 713-650-1720

Sam W Cruse
Fax 713-650-1720

Harry Gee Jr
Fax 713-781-2409

William Rollin Wepfer
Fax 956-423-1256

Subject: Refund of Bond in Ming Lin's case.

Sirs: The federal COURT IN Brownsville has contacted this office about refunding a bond that was deposited about 10 years ago. To accomplish this, I was required to file a motion this past April. The court's clerk was then changed and the new clerk has requested that I execute a certificate of conference on the motion to determine if anyone is opposed to the motion.

```
             TRANSMISSION VERIFICATION REPORT

                                    TIME  : 08/12/2005 12:06
                                    NAME  :
                                    FAX   : 7135419409
                                    TEL   :
                                    SER.# : 000B4J113768


     DATE,TIME               08/12  12:05
     FAX NO./NAME            7137812409
     DURATION                00:00:37
     PAGE(S)                 06
     RESULT                  OK
     MODE                    STANDARD
                             ECM
```



**LAW OFFICES OF YUEN & ASSOCIATES**
*A PROFESSIONAL CORPORATION*
6100 Corporate Dr., Ste.400, Houston, Tx 77036
Tel: 713-541-2691  Fax: 713-541-9409
E-mail: office@usclo.com  Homepage: www.usclo.com

# Fax Cover Sheet

George Billy Shepherd III
Fax 713-650-1720

Sam W Cruse
Fax 713-650-1720

Harry Gee Jr
Fax 713-781-2409

William Rollin Wepfer
Fax 956-423-1256

Subject: Refund of Bond in Ming Lin's case.

Sirs: The federal COURT IN Brownsville has contacted this office about refunding a bond that was deposited about 10 years ago. To accomplish this, I was required to file a motion this past April. The court's clerk was then changed and the new clerk has requested that I execute a certificate of conference on the motion to determine if anyone is opposed to th

```
        TRANSMISSION VERIFICATION REPORT

                                        TIME   : 08/12/2005 12:17
                                        NAME   :
                                        FAX    : 7135419409
                                        TEL    :
                                        SER.#  : 000B4J113768


DATE,TIME                    08/12  12:13
FAX NO./NAME                 19564231256
DURATION                     00:03:18
PAGE(S)                      06
RESULT                       OK
MODE                         STANDARD
```



# LAW OFFICES OF YUEN & ASSOCIATES
### A PROFESSIONAL CORPORATION

6100 Corporate Dr., Ste.400, Houston, Tx 77036
Tel: 713-541-2691  Fax: 713-541-9409
E-mail: office@usclo.com  Homepage: www.usclo.com

# Fax Cover Sheet

George Billy Shepherd III
Fax 713-650-1720

Sam W Cruse
Fax 713-650-1720

Harry Gee Jr
Fax 713-781-2409

William Rollin Wepfer
Fax 956-423-1256

Subject: Refund of Bond in Ming Lin's case.

Sirs: The federal COURT IN Brownsville has contacted this office about refunding a bond that was deposited about 10 years ago. To accomplish this, I was required to file a motion this past April. The court's clerk was then changed and the new clerk has requested that I execute a certificate of conference on the motion to determine if anyone is opposed to the motion. The new

Law Offices of Yuen & Associates, P.C.
6100 Corporate Dr. Suite 400
Houston, Texas 77036

HOUSTON TX 772
19 SEP 2005  PM 5 L

George W Billy Shepherd III
Attorney at Law
1627 Kipling Street
Houston, Texas 77006

77006-4412



In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Ming Lin, et al<br>Plaintiffs | X | |
| | X | |
| Vs. | | No. B-91-CV-190 |
| | X | |
| Harry Gee, Jr., et al<br>Defendants | X | |

## ORDER FOR REFUND OF BOND

BE IT REMEMBERED THAT, on this day came on the Motion for Refund of Bond made by plaintiff's counsel, Xenos Yuen, and the Court, having considered such motion, is of the opinion that the same should be granted;

It is; therefore,

ORDERED THAT the District Clerk is authorized to issue a check or draft payable to "Law Offices of Yuen & Associates, P.C." in the amount of one thousand dollars ($1,000.00) plus accrued interest, as a refund of the bond posted in the above-styled and numbered action. It is FURTHER ORDERED THAT such check or draft be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.

SIGNED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Approved and entry requested:

Stephen E. Menn
State Bar No.: 13942200
Law Office of Xenos Yuen & Associates, PC
Attorney for Plaintiffs
6100 Corporate Drive, Suite 400
Houston, Texas, 77036
Tel: (713) 541-2691
Fax: (713) 541-9409

2