United States District Court
Southern District of Texas
ENTERED

OCT 20 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

In the United States District Court
For the Southern District of Texas
Brownsville Division

Ming Lin, et al          X
Plaintiffs
                         X
Vs.                         No. B-91-CV-190
                         X
Harry Gee, Jr., et al
Defendants               X

## ORDER FOR REFUND OF BOND

BE IT REMEMBERED THAT, on this day came on the Motion for Refund of Bond made by plaintiff's counsel, Xenos Yuen, and the Court, having considered such motion, is of the opinion that the same should be granted;

It is, therefore,

ORDERED THAT the District Clerk is authorized to issue a check or draft payable to "Law Offices of Yuen & Associates, P.C." in the amount of one thousand dollars ($1,000.00) plus accrued interest, as a refund of the bond posted in the above-styled and numbered action. It is FURTHER ORDERED THAT such check or draft be sent to Xenos Yuen, Attorney at law, 6100 Corporate Drive, ste. 400, Houston, Texas 77036.

SIGNED on this the 20th day of October, 2005.

_____
JUDGE PRESIDING



1