# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

George W Billy Shepherd
Attorney at Law
1627 Kipling St
Houston TX 77006

United States Bankruptcy Court
Southern District of Texas
FILED

NOV 1 5 2005

Michael N. Milby, Clerk

Case: 1:91-cv-00190   Instrument: 238   (1 pages)
Date: Oct 20, 2005
Control: 051032067
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.










US POSTAGE $00.370 Hasler

United States Courts
Southern District of Texas
FILED
NOV 15 2005
Michael N. Milby, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208
OFFICIAL BUSINESS

MOVED, LEFT
NO ADDRESS